IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY M KOEGEL FERTEL-RUST,

        Plaintiff,                                 ORDER

      v.                                             11-cv-448-wmc

THE VILLAGE INN MOTEL,
THE CITY OF MILWAUKEE POLICE, DEPT.,
TWO MALE THIRD DISTRICT POLICEMEN,
THE MCMHC, MILW. COUNTY,
ORION SECURITY FIRM and ORION SECURITY GUARDS,

        Defendants.

---

MARY M KOEGEL FERTEL-RUST,

        Plaintiff,                                 ORDER

      v.                                             11-cv-449-wmc

JOHNSON CONTROLS, INC. OF MILWAUKEE, WIS.,
CITY OF MILWAUKEE DEPT. OF PUBLIC WORKS
and MAKERS OF AIR SPRAYS,

        Defendants.

---

Plaintiff Mary Fertel-Rust has submitted two proposed complaints. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The factors for determining whether plaintiff qualifies for indigent status are:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.
- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.
- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.
- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

In these cases, plaintiff's monthly income is $1,110.00, which makes her annual income $13,200. Because plaintiff's income is less than $16,000, she can proceed without any prepayment of fees or costs.

Accordingly, IT IS ORDERED that plaintiff's complaints are taken under advisement. As soon as the court's calendar permits, plaintiff's complaints will be screened pursuant to 28 U.S.C. § 1915 to determine whether the cases must be dismissed either because the complaints are frivolous or malicious, fail to state a claim on which relief may be granted or seek monetary relief against a defendant who is immune from such relief. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about these cases, she should be sure to write the case numbers shown above on her communication.

Entered this 28th day of June, 2011.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge